UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 21-00101-CJC-2 |
| Date | December 18, 2023 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  Alejandro Franco, Spanish

| Rolls Royce Paschal | Debbie Hino-Spaan | Kevin Butler |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Victor Martinez | X | X | | 2) Kenneth Reed, CJA | X | X | |

**PROCEEDINGS:   SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

:  52

Initials of Deputy Clerk  rrp

cc: